UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MICHAEL MASSARO,<br><br>Defendant. | 19-CR-680 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, held via telephone, the Court hereby ORDERS that bond is hereby revoked, and that the defendant, Michael Massaro, self-surrender to the United States Marshal for this district by **12:00 p.m.** on **Thursday, July 30, 2020.** The current terms of release shall remain in place until Mr. Massaro's surrender. For security reasons, the Court strongly recommends that the defendant be designated to the MDC pending his sentencing.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 29, 2020
       New York, New York