# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P (718) 514 - 9100  
F (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

June 3, 2022

**VIA ECF & E-MAIL**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *USA v. Michael Massaro*
             19 Cr. 680 (PAE)

Dear Judge Engelmayer:

      I represent Michael Massaro in the above-referenced matter and submit this letter motion requesting permission for Mr. Massaro to travel on a cruise in August.

      Mr. Massaro was released from federal custody in October of 2021. Since that point, Mr. Massaro has been fully compliant with the conditions and restrictions of this post-release supervision. He has rejoined the union (Local 52) and has been gainfully employed, currently working on an Apple TV production since January 4, 2022. Mr. Massaro has also been fully compliant with and engaged in his drug treatment program.

      He has discussed with his post-release supervision officer the possibility of going on a cruise vacation this summer with his girlfriend[1] and his family. His officer advised him that even though the cruise would be 'closed loop' (would not require a passport), it would still be considered international travel and would require court approval.

      The planned details of the possible trip would be as follows:

- Flight from New York, NY to Jacksonville, FL on August 22, 2022.
- Carnival Cruise departing the Port of Jacksonville on August 22, 2022; the cruise would travel to the Bahamas, returning to the Port of Jacksonville on August 27, 2022.
- Flight from Jacksonville, FL to New York, NY on either August 27 or 28, 2022.

      Accordingly, we request that the Court grant Mr. Massaro permission to travel to the

---

[1] Mr. Massaro's girlfriend is someone he met since his release from prison and is not anyone that was relevant to this case or sentencing.

aforementioned locations on the dates listed.  Should the Court require additional information, I will be happy to provide.

    Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    *Ken Womble*

                                    Ken Womble
                                    Counsel for Michael Massaro

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 22.

                                    6/6/2022

SO ORDERED.

                                  PAUL A. ENGELMAYER
                                  United States District Judge