UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

vs.

Michael Massaro

Docket No.:   0208 1:19CR00680-001

ORDER

IT IS HEREBY ORDERED that the defendant enter and complete at least a 90-day inpatient rehabilitation program at Phoenix House located at 153 Lake Shore Road, Ronkonkoma, New York 11779. The Court notes that on Tuesday, November 15, 2022, the Court imposed a special condition of supervised release requiring him to participate in such a program.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

12/15/2022
DATE