# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

P  (718) 514 - 9100
F  (917) 210 - 3700
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

**VIA ECF**

December 19, 2025

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Michael Massaro,* 19 Cr. 680 (PAE)**

Dear Judge Engelmayer:

    I write to respectfully request a temporary bond modification for my client, Michael Massaro. Mr. Massaro has been invited to spend Christmas with his brother's family in Westfield, New Jersey. Mr. Massaro requests permission to travel with his fiancé to his brother's home in New Jersey on the morning of December 25, 2025, spend the night with his family and return to his home on the afternoon of December 26, 2025.

    I have conferred with Probation Officer Gruenberg and she consents to my request that Mr. Massaro be permitted to travel to New Jersey to spend Christmas with his brother and family, however, Officer Gruenberg does not consent to my request that Mr. Massaro be permitted to spend the night with his family and return to his home the following day. Despite Probation's objection, I respectfully request that Your Honor permit Mr. Massaro to travel to Westfield, New Jersey on December 25, 2025 and return to his home on December 26, 2025, or, in the alternative, permit Mr. Massaro to travel to Westfield, New Jersey on December 25, 2025 and return home the evening of December 25, 2025.

    Thank you for your consideration of this request.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Michael Massaro

**GRATNED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 31.

12/22/2025

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge