# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

P  (718) 514 - 9100
F  (917) 210 - 3700
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

January 9, 2026

**<u>VIA E-MAIL</u>**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *United States v. Michael Massaro*
     19 Cr. 680 (PAE)

Dear Judge Engelmayer:

  I represent Michael Massaro in the above-referenced matter pursuant to the Criminal Justice Act.  I write respectfully to update the Court and make certain requests.

  On January 8, 2026, Mr. Massaro completed his assessment appointment with Community Counseling Services in Ronkonkoma. The results of that assessment are still pending.

  I have conferred with both Probation Officer Gruenberg and Assistant United States Attorney Daniel Wolf, and they consent to the following requests.  First, that the conditions of Mr. Massaro's release be modified to remove location monitoring and replaced with an 8pm to 8am curfew. This will permit Mr. Massaro the freedom of movement to continue to seek additional employment and attend to his daily tasks.

  Second, I request an adjournment of the status conference currently scheduled for January 15, 2026. I have spoken with Mr. Massaro's Suffolk County criminal defense attorney, Pierre Bazille, Esq., and he does not anticipate that the Suffolk County District Attorney's Office will begin to engage in plea negotiations for another few months. According to Mr. Bazille, this delay is not specific to Mr. Massaro's matter but the common course of a case in Suffolk County. Accordingly, I request that Mr. Massaro's upcoming conference be adjourned to a date in March convenient for the Court. Should I learn that Mr. Massaro's case has been resolved prior to that date, I will alert the Court and, should it make sense to do so, request that Mr. Massaro's case be advanced.

  Thank you for your consideration of this request.

**GRANTED.** The Court adjourns the upcoming conference until **March 6, 2026**, at **2:15 p.m.** The Clerk of Court is requested to terminate the motion at Dkt. No. 33.
  SO ORDERED.

1/12/2026

Respectfully submitted,

*Ken Womble*

Ken Womble

_____
PAUL A. ENGELMAYER
United States District Judge