

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 2, 2026

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Re:   *United States v. Michael Massaro,* No. 19 Cr. 680 (PAE)

Dear Judge Engelmayer:

The Government respectfully requests, with the consent of counsel to defendant Michael Massaro, that the conference in this violation-of-supervised-release matter scheduled for March 6, 2026, be adjourned to a date and time after March 24, 2026, that is convenient for the Court. The defendant's parallel State court proceeding remains unresolved, and his next court appearance in that proceeding is scheduled for tomorrow, March 3, 2026. The Government therefore requests the conference in this matter scheduled for March 6, 2026, be adjourned to a date and time after March 24, 2026 (approximately three weeks after tomorrow's State court conference) to allow for the parallel State court proceeding to advance before further action is taken in this forum.

Respectfully submitted,

JAY CLAYTON
United States Attorney for
the Southern District of New York

By:  /s/_____
Daniel H. Wolf
Assistant United States Attorney
(212) 637-2337

**GRANTED.** .  This week's conference is adjourned until **March 24, 2026**, at **11:00 a.m.** The Clerk of Court is requested to terminate the motion at Dkt. No. 35.

SO ORDERED.

3/2/2026

_____
PAUL A. ENGELMAYER
United States District Judge