

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 24, 2026

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Re:    *United States v. Michael Massaro,* **No. 19 Cr. 680 (PAE)**

Dear Judge Engelmayer:

The parties jointly request the conference in this violation-of-supervised-release matter scheduled for April 28, 2026, be adjourned *sine die* and that the parties be permitted to jointly request a new date and time for the conference on or before April 30, 2026.

The parties make this request for two reasons: (1) to accommodate defendant Michael Massaro's assigned probation officer, Julianna Gruenberg, who is now unavailable to attend a Court conference in this matter on April 28, 2026; and (2) to ensure that any rescheduled conference in this matter properly accommodates any developments in Mr. Massaro's parallel State court proceeding, which may be resolved at Mr. Massaro's next appearance, currently scheduled for April 27, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney for
the Southern District of New York

By:   /s/ _____
Daniel H. Wolf
Assistant United States Attorney
(212) 637-2337

cc:    Ken Womble, Esq. (by ECF)
Julianna Gruenberg, U.S. Probation Officer (by email)

**GRANTED.** The conference scheduled for April 28, 2026 is adjourned. Counsel are directed to file a joint letter by Friday, May 1, 2026, updating the Court on the developments in the defendant's state case and proposing a date for a next conference in this matter. The Clerk of Court is requested to terminate the motion at Dkt. No. 39.

4/27/2026

SO ORDERED.

_____

PAUL A. ENGELMAYER
United States District Judge