

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 30, 2026

**By ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Michael Massaro,* **No. 19 Cr. 680 (PAE)**

Dear Judge Engelmayer:

The parties write jointly to update the Court that defendant Michael Massaro's next appearance in his parallel State court proceeding is scheduled for June 1, 2026, and at that appearance he is expected to plead guilty to a misdemeanor with a sentence of conditional discharge and restitution. Accordingly, the parties respectfully request the next conference in this matter occur after June 1, 2026.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for
        the Southern District of New York

By:  /s/_____
        Daniel H. Wolf
        Assistant United States Attorney
        (212) 637-2337

**GRANTED.** The conference is adjourned until **Tuesday, June 9, 2026,** at **10:00 a.m.** The Clerk of Court is requested to terminate the motion at Dkt. No. 41.

5/1/2026

        SO ORDERED.

        *Paul A. Engelmayer*
        _____
        PAUL A. ENGELMAYER
        United States District Judge