UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MICHAEL MASSARO,<br><br>Defendant. | **Order**<br><br>**No. 19-CR-680 (PAE)** |

The Court hereby modifies the Order Setting Conditions of Release issued on November 24, 2025 (Dkt. 27) as follows:

1.  The defendant is no longer required to participate in a location monitoring program and to be subjected to home detention.

2.  The defendant is required to report in-person for supervision to the U.S. Probation Office twice per month, as directed by his assigned U.S. Probation Officer.

The Clerk of Court is requested to terminate the motion at Dkt. No. 43.

Dated:      New York, New York
            May 29, 2026

                                   _____
                                   THE HONORABLE PAUL A. ENGELMAYER
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF NEW YORK